# UNITED STATES DISTRICT COURT
### DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | CASE NUMBER: 2:24-cr-00196-DCN-4 |
| | ) | |
| vs. | ) | |
| | ) | |
| **JAMIE BROWN,** | ) | |
| | ) | |
| Defendant. | ) | |

## EDWARDS NOTICE

TO: UNITED STATES ATTORNEY FOR SOUTH CAROLINA and THE CLERK OF THE UNITED STATES DISTRICT COURT:

The Defendant, JAMIE BROWN hereby asserts his Fifth Amendment right to remain silent and asserts his Sixth Amendment right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to McNeil v. Wisconsin, 111 S.Ct. 220 (1991) and Edwards v. Arizona, 451 U.S. 477 (1981).

Respectfully submitted,

*S/ Jared Sullivan Newman*

Jared Sullivan Newman
Post Office Box 515
Port Royal, South Carolina 29935
(843) 522-1313
E/M: jnewman@jnewmanlaw.com
Attorney for Jamie Brown
Fed. Id. No. 5584

Port Royal, South Carolina
March 28, 2024