# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:24-cr-00196-DCN |
| | ) | |
| vs. | ) | |
| | ) | **INFORMATION** |
| TREVOR COURTNEY FISHBURNE | ) | |
| | ) | |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following conviction(s):

1. **05-20-10:** Assault and Battery with Intent to Kill; Case No.: 2009-GS-15-293; A/W #: M101473; Colleton County; <u>Sentence</u>: 20 years suspended upon the service of 15 years to 5 years probation.

2. **05-20-10:** Armed Robbery; Case No.: 2009-GS-15-294; A/W #: M101474; Colleton County; <u>Sentence</u>: 25 years.

3. **05-20-10:** Armed Robbery; Case No.: 2009-GS-15-295; A/W #: M101475; Colleton County; <u>Sentence</u>: 25 years

                ADAIR F. BOROUGHS
                UNITED STATES ATTORNEY

                By: s/ J. Carra Henderson
                J. Carra Henderson (#12229)
                Assistant United States Attorney
                151 Meeting Street, Suite 200
                Charleston, South Carolina 29401
                843-266-1644
                carra.henderson@usdoj.gov

April 22, 2024