# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 2:24-cr-00196-DCN** |
| | ) | |
| **vs.** | ) | |
| | ) | **INFORMATION** |
| **RICHARD VERNON DEAS** | ) | |
| | ) | |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following conviction(s):

1. **01-30-09:** Murder; Case No.: 2008-GS-10-03339; A/W #: F969668; Charleston County; <u>Sentence</u>: 40 years.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: <u>s/ J. Carra Henderson</u>
J. Carra Henderson (#12229)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
843-266-1644
carra.henderson@usdoj.gov

April 22, 2024